

750 Third Avenue
25th Floor
New York, NY 10017

John W. Hanson

o 212.668.5927
f 212.668.5929
ropers.com

February 15, 2022

<u>Delivered via ECF</u>

Magistrate Judge Lois Bloom
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Kohn v. Relin, Goldstein & Crane, LLP, et. al.*
      United States District Court, Eastern District of New York
      Case No.: 22-cv-00437-KAM-LB

Dear Judge Bloom:

  We represent the defendant, Relin, Goldstein & Crane, LLP ("RGC"), in the above-referenced matter.

  Although Your Honor has scheduled a case management conference for March 8, 2022, we write on behalf of RGC to request an immediate settlement conference at the Court's earliest availability. Plaintiff has provided an initial demand and RGC has provided an initial settlement offer, but to date, the parties have not yet been able to reach a settlement. Nonetheless, based on plaintiff's allegations, RGC strongly believes that with the Court's assistance, the matter can be resolved expeditiously, without further unnecessary expense incurred by either side.

  Rule 1 of the Federal Rules of Civil Procedure requires that disputes be resolved in a manner that is just, speedy and inexpensive. As such, it is respectfully requested that Your Honor explore efforts to reduce litigation costs in this matter through settlement. *See In re Tobacco Litig.*, 192 F.R.D. 90, 95 (E.D.N.Y. 2000) (describing court's duty to take affirmative action assisting the parties in all possible settlement options).

  As set forth above, RGC request an immediate settlement conference in this matter. We thank Your Honor in advance for your assistance in this regard.

           Sincerely,

           Ropers Majeski PC

           *s/John W. Hanson*

JWH/ja          John W. Hanson
cc:

Eliyahu Babad (via ECF)